IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
BUILDING & PUBLIC WORKS LABORERS
VACTION FUND, THOMAS FISHER,
WISCONSIN LABORERS DISTRICT COUNCIL
and WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

                    Plaintiffs,

v.                                                        Case No. 09-cv-619

CDB ENTERRPISE, LLC,

                    Defendant.

## ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendant CDB

Enterprise, LLC, pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from

the record that defendant has failed to file a proper answer as required by the court's

order of December 15, 2009, the default of defendant CDB Enterprise, LLC is hereby

entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 8th day of January 2010.

Peter Oppeneer

PETER OPPENEER
Clerk of Court